THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LINCOLN, INC., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued May 27, 1949; decided July 19, 1949.

*Abraham N. Geller* and *Irving Sonnenschein* for appellant.

*John P. McGrath, Corporation Counsel* (*Anthony Curreri, William F. Murphy* and *Morris Handel* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of the evidence supports the findings of the Special Term. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.